AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 06, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DANIEL DAY<br>*Plaintiff*<br>v.<br>MELODY STUPEY, SAMIR AZIZ, A. SCHERES, MR. DUINICH, JOHN AND JANE DOES (all members of the CRC Board), JOHN OR JANE DOE (Director of Mental Health), JOHN DOE GARBERG, JOHN DOE ESTEP, JOHN DOE THORNHILL, DEVIN ANTONIETTI, NATHAN BURT and JOHN DOE DAVIS<br>*Defendant* | Civil Action No.  2:23-cv-00264-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Second Amended Complaint is DISMISSED in part with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2), and in part without prejudice as improperly joined under Fed. R. Civ. P. 18 and 20.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE


Date: 3/6/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham